IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF: CASE NO. 19-17088-JKO

VICTOR HERRERA CHAPTER 13

      **Debtor,**
_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE
2083-1(B) CLAIMS REVIEW
REQUIREMENT**

    The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒ No further action is necessary.

2) The following actions have been taken:

    ☐ The debtor has filed an objection to the proof of claim filed by

    ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____ _____.

    ☐ Other: _____
_____.

    A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on October 7, 2019.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Second Floor
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com