IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF                                  CASE NO.: 19-17088-JKO

VICTOR H HERRERA                                  CHAPTER: 13

    Debtor,
_____/

### EX PARTE MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT WITH MR COOPER

The above-referenced Debtor requests the Court enter an Order approving the Final Mortgage Modification Agreement with Mr Cooper ("Lender") with respect to real property located at 3551 SW 128 Ave Miramar, FL 33027 and states as follows:

1. The Court referred this matter to Mortgage Mitigation Mediation ("MMM") On August 09, 2019 (ECF #34).

2. The MMM Mediator filed a Final Report of Mortgage Modification Mediator On September 12, 2019 (ECF #39), reporting the parties reached an agreement.

3. Attached is a copy of the Mortgage Modification Agreement offer agreed between the parties.

4. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

5. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan.

6. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

7. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Final Mortgage Modification Agreement with Mr Cooper ("Lender") be granted and for such other and further relief as this Court deems proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtors Motion to approve Final Mortgage Modification Agreement with Mr Cooper was served by U.S, first class Mail, upon the parties listed below on February 5, 2020, and all others set forth in the NEF.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 266-1150
Fax: (888) 554-5607
E-mail: Bk@coronapa.com

Credit Mailing Matrix

Case No.: 19-17088-JKO

| **Office of US Trustee** | **Robin Weiner Trustee** | **Victor H. Herrera** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 559007 | 3551 SW 128 Ave |
| Miami, FL 33130 | Fort Lauderdale, FL 33355 | Miramar, FL 33027 |

**Sent Via Certified Mail**

Nationstar Mortgage LLC d/b/a Mr. Cooper

PO Box 619096

Dallas, TX 75261-9741

**Sent Via Certified Mail**

Jay Bray, Preseident & CEO for Mr. Cooper

8950 Cypress Waters

Building One

Coppell, TX 75019

**Sent Via Certified Mail**

U.S. Bank National Association

425WalnutStreet
Cincinnati, OH 45202