

**ORDERED in the Southern District of Florida on March 23, 2020.**

*Paul G. Hyman, Jr., Judge*
**Paul G. Hyman, Jr.,Judge**
**United States Bankruptcy Court**
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

**In re:**                                      **CASE NO.:19-17088-PGH**
**VICTOR HERRERA**                              **CHAPTER: 13**


**Debtor(s)**
_____/


### ORDER GRANTING MOTION TO APPROVE FINAL MODIFCATION AGREEMENT WITH WELLS FARGO BANK, N.A


**THIS CASE** came on to be heard on Debtor's Ex-Parte Motion to Approve Final Loan Modification Agreement with Mr. Cooper (D.E. #59) and based on the record, it is

**ORDERED** as follows:

1. The Motion to Approve Final Modification Agreement is granted.

Page 1 of 2

MMM-LF-14 (08/01/14)

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Ricardo Corona, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

**Submitted by:**
Ricardo Corona, Esq.
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
Phone: (305)547-1234
Email: bk@coronapa.com

**Copies to:**

Nationstar Mortgage LLC
d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Jay Bray, Preseident & CEO for Mr. Cooper
8950 Cypress Waters Building One
Coppell, TX 75019

U.S. Bank National Association
425WalnutStreet
Cincinnati, OH 45202